IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| HUMBERTO JACOBO, | ) | |
| | ) | |
| Defendant. | ) | |

  This matter is before the court on Defendant's notice of appeal (filing 44) and motion for leave to appeal in forma pauperis (filing 45). In support of his motion, Defendant submitted an affidavit stating he cannot pay, or give security, for fees and costs of appeal. (Filing 45.) Upon review of Defendant's affidavit, I shall grant his motion for leave to appeal in forma pauperis. Defendant may proceed on appeal without prepayment of fees or costs or the giving of security therefor.

  IT IS ORDERED:

  1. Defendant's motion for leave to appeal in forma pauperis (filing 45) is granted.

  2. Defendant may proceed on appeal without prepayment of fees or costs.

  3. The Clerk of the United States District Court for the District of Nebraska shall process defendant's appeal.

DATED this 15th day of February, 2012.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.